IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT,<br>an individual,<br><br>        Plaintiff,<br>v.<br><br>THE COMMONS AT MISSION<br>BEND INVESTMENT INC.,<br>a Texas Corporation,<br><br>        Defendant. | Case No.:    4:22-cv-2269 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE SCOTT, and Defendant, THE COMMONS AT MISSION BEND INVESTMENTS, INC., by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

**Dated: November 4, 2022**

Respectfully submitted,

| | |
|---|---|
| */s/Brian T. Ku*<br>Brian T. Ku<br>Attorney-in-charge<br>S.D. TX No. 3424380<br>KU & MUSSMAN, P.A.<br>18501 Pines Boulevard, Suite 209-A<br>Pembroke Pines, Florida 33029<br>Telephone: (305) 891-1322<br>Facsimile: (954) 686-3976 | */s/ Colby M. Binford*<br>Colby M. Binford<br>Attorney-in-charge<br>Texas Bar No. 24109645<br>Breton A. Rycroft<br>State Bar No. 24081133<br>Andrews Myers P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, TX 77056<br>Tel: 713-351-0374 |

1

| | |
|---|---|
| brian@kumussman.com | Fax: 713-850-4211<br>cbinford@andrewsmyers.com<br>brycroft@andrewsmyers.com |
| and | |
| John K. Grubb<br>Local Counsel<br>State Bar No. 08553500<br>John K. Grubb & Associates<br>2520 Robinhood, # 500<br>Houston, Texas 77005<br>Tel: (713) 702-1808<br>jgrubb@grubblegal.com | *Attorneys for Defendant, The Commons at Mission Bend Investment, Inc.* |
| *Attorneys for Plaintiff, Lawrence Scott* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November 2022, a true and correct copy of the foregoing was submitted to the Clerk of Court for the Southern District of Texas using the CM/ECF system, which will forward a true and correct copy of such filing to all counsel of record.

By: */s/Brian T. Ku*
    Brian T. Ku

2